## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by LPCC Restaurant LLC Shogun Legends and Aifen Chen and/or related entities and individuals.

I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Contingent Fee Retainer signed by the named plaintiff in this case.

_Weng Sheng Juan_
Full Legal Name (Print)

_Sheng Juan w-en_
Signature

_10 / 11 / 2018_
Date